# Court of Appeals
# of the State of Georgia

ATLANTA,  September 03, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0134. ANTHONY OLIVER v. CRYSTAL MARIE FIELD.**

In June 2024, prison inmate Anthony Oliver, through counsel, filed a request to file a petition for a restraining order against Crystal Field.[1] The trial court denied Oliver's request, and he filed this direct appeal.[2] We, however, lack jurisdiction.

Under the Prison Litigation Reform Act of 1996, an appeal in a civil action "filed by [a] prisoner[ ]" must be initiated by filing an application for discretionary appeal. See OCGA § 42-12-8, cross-referencing OCGA § 5-6-35; *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Oliver was incarcerated when he filed this civil action, his failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this direct appeal.

---

[1] In October 2019, Oliver was convicted of the attempted stalking of Field, and making a false statement, for which he was sentenced to a total recidivist sentence of 20 years in prison.

[2] Oliver also filed a pro se request to file a complaint for damages against Field, which the trial court also denied. Oliver filed an application for discretionary appeal, which this Court denied. See Case No. A25D0003 (Aug. 9, 2024).

Consequently, this appeal is hereby DISMISSED for lack of jurisdiction. See *Jones*, 267 Ga. at 490-491.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 09/03/2024

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*